UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAUREN OATES,

        Plaintiff,        Case No.:  2:17-cv-11465-AJT-MKM
                                        Hon. Arthur J. Tarnow

v.                                                Magistrate Mona K. Majzoub

BEAUMONT HEALTH SYSTEM,

        Defendant.
_____/

| Jennifer L. Lord (P46912) | Regan K. Dahle (P53975) |
|---|---|
| PITT, MCGEHEE, PALMER & RIVERS | Hanna Treppa (P80978) |
| | BUTZEL LONG |
| Attorney for Plaintiff | Attorneys for Defendant |
| 117 W. Fourth Street, Suite 200 | 301 East Liberty, Suite 500 |
| Royal Oak, MI  48067 | Ann Arbor, MI  48104 |
| 248-398-9800 | 734-995-3110 |
| 248-398-9804 (fax) | dahle@butzel.com |
| jlord@pittlawpc.com | treppa@butzel.com |

_____/

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

This matter having come to be heard by the stipulation of the parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter is dismissed in its entirety with prejudice and without fees or costs to either party.

This Order resolves the last pending claim and closes the case.

**IT IS SO ORDERED**

Dated: March 8, 2018                     s/Arthur J. Tarnow
                                         Hon. Arthur J. Tarnow
                                         United States District Court Judge

**APPROVED AS TO FORM AND SUBSTANCE**:

PITT, MCGEHEE, PALMER & RIVERS                BUTZEL LONG

BY:_/S/ JENNIFER L. LORD_____          BY:__/S/ REGAN K. DAHLE (WITH CONSENT)_____
Jennifer L. Lord (P46912)                     Regan K. Dahle (P53975)
Attorney for Plaintiff                        Hanna Treppa (P80978)
117 W. Fourth Street, Suite 200               Attorneys for Defendant
Royal Oak, MI  48067                          301 East Liberty, Suite 500
248-398-9800                                  Ann Arbor, MI  48104
248-398-9804 (fax)                            734-995-3110
jlord@pittlawpc.com                           dahle@butzel.com
                                              treppa@butzel.com